IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 SEP 21 PM 2: 35

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                    NO. 05-20177-Ma

HARRY LOUIS BOYLAND,

  Defendant.

ORDER RESETTING SENTENCING DATE

Before the court is the defendant's September 19, 2005, motion to reset the sentencing of Harry Louis Boyland, which is presently set for September 20, 2005. For good cause shown, the motion is granted. The sentencing of defendant Harry Louis Boyland is **reset to Thursday, October 13, 2005, at 9:15 a.m.**

It is so ORDERED this 21st day of September, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-22-05

133

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 133 in case 2:05-CR-20177 was distributed by fax, mail, or direct printing on September 22, 2005 to the parties listed.

---

Tony L. Axam
LAW OFFICE OF TONY L. AXAM
1280 W. Peachtree St.
Ste. 310
Atlanta, GA 30309

Arthur C. Walton
LAW OFFICE OF ARTHUR C. WALTON
906 S. Cooper St.
Ste. 102
Memphis, TN 38104

Randall W. Pierce
WAMPLER & PIERCE
P.O. Box 3410
Memphis, TN 38173--041

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Benard Weinman
LAW OFFICE OF BENARD WEINMAN
275 Jefferson Ave
Memphis, TN 38103

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Marvin E. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT