IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                NO. 05-20177-Ma

HARRY L. BOYLAND,

    Defendant.

---

ORDER RESETTING SENTENCING DATE

---

Before the court is the government's October 18, 2005, motion to reset the sentencing of Harry L. Boyland, which is presently set for October 19, 2005. For good cause shown, the motion is granted. The sentencing of defendant Harry L. Boyland is **reset to Wednesday, November 9, 2005, at 1:45 p.m.**

It is so ORDERED this 19th day of October, 2005.

                        SAMUEL H. MAYS, JR.
                        UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 151 in case 2:05-CR-20177 was distributed by fax, mail, or direct printing on October 21, 2005 to the parties listed.

---

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT