UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY: _____ D.C.

05 NOV 10  AM 10: 56

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | 05-20177 Ma |
| HARRY L. BOYLAND | ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

David C. Henry applies to the Court for a Writ to have HARRY L. BOYLAND, now being detained in the <u>Shelby County Correctional Center</u>, appear before the Honorable <u>Samuel H. Mays</u> on the 16th day of <u>November, 2005,</u> at 9:00 for a Sentencing Hearing and for such other appearances as this Court may direct.

Respectfully submitted this __10th__ day of November, 2005.

_____
Thomas A. Colthurst
Assistant U. S. Attorney

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

Upon consideration of the foregoing Application,

DAVID JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN

SHERIFF, <u>MARK LUTTRELL</u>, WARDEN, <u>Reuben Hodge</u>

YOU ARE HEREBY COMMANDED to have <u>HARRY L. BOYLAND</u> appear before the Honorable <u>Samuel H. Mays</u> at the date and time aforementioned.

ENTERED this _10th_ day of <u>November</u>, 2005.

_____
S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___11-15-05___

161

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 161 in case 2:05-CR-20177 was distributed by fax, mail, or direct printing on November 15, 2005 to the parties listed.

---

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Tony L. Axam
LAW OFFICE OF TONY L. AXAM
1280 W. Peachtree St.
Ste. 310
Atlanta, GA 30309

Tony L. Axam
LAW OFFICE OF TONY L. AXAM
1280 W. Peachtree St.
Ste. 310
Atlanta, GA 30309

Marvin E. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Randall W. Pierce
WAMPLER & PIERCE
P.O. Box 3410
Memphis, TN 38173--041

Marvin E. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Randall W. Pierce
WAMPLER & PIERCE
P.O. Box 3410
Memphis, TN 38173--041

Arthur C. Walton
LAW OFFICE OF ARTHUR C. WALTON
906 S. Cooper St.
Ste. 102
Memphis, TN 38104

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Arthur C. Walton
LAW OFFICE OF ARTHUR C. WALTON
906 S. Cooper St.
Ste. 102
Memphis, TN 38104

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT